# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JAMES MICHAEL BIELA,

Petitioner,

v.

WILLIAM GITTERE, *et al.*,

Respondents.

Case No. 3:20-cv-00026-GMN-WGC

**ORDER**

This action is a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, by James Michael Biela, a Nevada prisoner sentenced to death. Biela filed a *pro se* habeas corpus petition (ECF No. 2) on January 15, 2020.

Biela paid the $5 filing fee for this action, but also filed an application for leave to proceed *in forma pauperis* (ECF No. 1). It appears from the information provided in that application that there is good cause to grant Biela *in forma pauperis* status for this capital habeas corpus action. The Court will grant Biela's application to proceed *in forma pauperis* for all purposes other than payment of the filing fee.

In addition, Biela filed a motion for appointment of counsel (ECF No. 4). The information provided in Biela's application for leave to proceed *in forma pauperis* shows that he lacks the resources necessary to employ counsel for this capital habeas corpus action. Therefore, pursuant to 18 U.S.C. § 3599, and in the interests of justice, the Court will appoint the Federal Public Defender for the District of Nevada to represent Biela.

If the Federal Public Defender is unable to represent Biela, due to a conflict of interest or other reason, then alternate counsel will be appointed. Biela's appointed counsel will represent him in all subsequent proceedings, pursuant to 18 U.S.C. § 3599(e), unless and until allowed to withdraw.

The Court has examined Biela's petition for writ of habeas corpus pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts and will direct the Clerk of the Court to serve the petition upon the respondents.

**IT IS THEREFORE ORDERED** that Petitioner's Application to Proceed *in Forma Pauperis* (ECF No. 1) is **GRANTED IN PART AND DENIED IN PART**. Petitioner is granted leave of court to proceed *in forma pauperis*. However, payment of the $5 filing fee for this action is not waived (Petitioner has paid the filing fee).

**IT IS FURTHER ORDERED** that Petitioner's Motion for Appointment of Counsel (ECF No. 4) is **GRANTED**. The Federal Public Defender for the District of Nevada is appointed to represent the petitioner in this action. The Federal Public Defender will have 30 days from the date of entry of this order to file a notice of appearance as counsel for Petitioner or to file a notice of inability to represent Petitioner in these proceedings.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to electronically serve a copy of this order on the Federal Public Defender for the District of Nevada.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to add Aaron Ford, Attorney General of the State of Nevada, as counsel for Respondents.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to electronically serve upon Respondents a copy of the habeas corpus petition (ECF No. 2) and a copy of this order. Respondents' counsel will have 30 days from the date of this order to file a notice of appearance, but Respondents need no further action in this case unless and until ordered to do so.

DATED THIS 16 day of _____January_____, 2020.

_____
GLORIA M. NAVARRO,
UNITED STATES DISTRICT JUDGE