1 | RENE L. VALLADARES
Federal Public Defender
2 | Nevada Bar No. 11479
HEATHER FRALEY
3 | Assistant Federal Public Defender
Texas Bar No. 24050621
4 | Heather_fraley@fd.org
411 E. Bonneville, Ste. 250
5 | Las Vegas, Nevada 89101
(702) 388-6577
6 | (702) 388-5819 (fax)

7 | Attorneys for Petitioner James Biela

8

9 | UNITED STATES DISTRICT COURT

10 | DISTRICT OF NEVADA

11 | JAMES BIELA,

12 |     Petitioner, | Case No. 3:20-cv-00026-GMN-WGC

13 |   v. | **STIPULATION AND ORDER FOR RELEASE OF JURY QUESTIONNAIRES**

14 | WILLIAM GITTERE, et al.,

15 |     Respondents. | (DEATH PENALTY CASE)

16

17

18

19

20

21

22

23

# STIPULATION

Petitioner James Biela, through his counsel Heather Fraley, Assistant Federal Public Defender, and Respondent William Gittere, though his counsel Heather Procter, Chief Deputy Attorney General, hereby stipulate as follows:

The Clerk of the Second Judicial District Court shall be ordered to provide copies of all available jury questionnaires in *State v. James Biela*, Case No. CR08-2605, to counsel for both parties in this case within 30 days from the date of the order approving this stipulation. If the questionnaires have been destroyed, the Clerk shall provide counsel for both parties with a written certification to that effect.

The parties agree not to publicly disclose the jurors' addresses, telephone numbers, or personal information such as dates of birth. The State will not include the questionnaires in its disclosure of the state court record under Rule 5 of the Rules Governing Section 2254 Proceedings. Counsel for Mr. Biela agree that if they choose to attach any of the questionnaires as exhibits to any pleadings in state or federal court, the above information will be redacted.

| DATED this 26th day of August, 2020 | DATED this 26th day of August, 2020 |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | AARON FORD<br>Nevada Attorney General |
| */s/ Heather Fraley*<br>HEATHER FRALEY<br>Assistant Federal Public Defender | */s/ Heather Procter*<br>HEATHER PROCTER<br>Chief Deputy Attorney General |

DATED August 27, 2020

IT IS SO ORDERED

U.S. District Judge Gloria Navarro

2

IT IS SO ORDERED

_____
U.S. District Judge Gloria Navarro

DATED _____, 2020