RENE L. VALLADARES
Federal Public Defender
Nevada Bar No. 11479
HEATHER FRALEY
Assistant Federal Public Defender
Texas Bar No. 24050621
heather_fraley@fd.org
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(702) 388-5819 (fax)

Attorneys for Petitioner James Biela

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES MICHAEL BIELA,<br><br>      Petitioner,<br><br>   v.<br><br>WILLIAM GITTERE, Warden, Ely State Prison, and AARON D. FORD, Attorney General of the State of Nevada,<br><br>      Respondents. | Case No. 3:20-cv-00026-GMN-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE SECOND AMENDED PETITION, AND TO EXTEND THE PERIOD OF EQUITABLE TOLLING**<br><br>(DEATH PENALTY CASE) |

# STIPULATION

Petitioner James Biela, through counsel Heather Fraley, Assistant Federal Public Defender, and Respondent William Gittere, et al, through counsel Heather Procter, Chief Deputy Attorney General, hereby stipulate as follows:

- Mr. Biela will have until August 30, 2021 to file his second amended petition;
- The period of equitable tolling in this case will be extended 60 days, so Mr. Biela's second amended petition will be deemed timely under 28 U.S.C. § 2244(d) so long as it is filed by August 30, 2021.

Despite Mr. Biela's diligent efforts to prepare his petition throughout the COVID-19 pandemic, additional time is necessary to complete investigation, follow up on recently discovered leads, and finish gathering records. In sum, the extraordinary circumstances related to the COVID-19 justify an additional 60 days of equitable tolling on this case.

DATED this 4th day of June, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | AARON FORD<br>Nevada Attorney General |
| /s/ Heather Fraley<br>HEATHER FRALEY<br>Assistant Federal Public Defender | /s/ Heather Procter<br>HEATHER PROCTER<br>Chief Deputy Attorney General |

IT IS SO ORDERED

_____
U.S. District Judge Gloria Navarro

DATED _____7_____, 2021.